**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

EDUARDO COCA BRISENO,

       Defendant.

------------------------------------- x

<u>ORDER</u>

18 Crim. 782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial appearance scheduled for December 8, 2020 is hereby cancelled. A status conference is scheduled on February 2, 2020 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
   December 2, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge