**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

EDUARDO COCA BRISENO,

Defendant.

ORDER

18 Cr. 782-2 (GBD)

------------------------------------- x
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

SANDRA MARIA DE OLIVEIRA LINDO,

Defendant.

ORDER

18 Cr. 782-7 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The status conferences for Defendants Eduardo Coca Briseno and Sandra Maria De Oliveira Lindo scheduled for August 9, 2022 are adjourned to October 4, 2022 at 10:00am.

Dated: August 4, 2022
New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE