UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

EDUARDO COCA BRISENO,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is set for August 23, 2022 at 9:30 am.

Dated: August 11, 2022
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE