UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :     **ORDER**
                                    :
**EDUARDO COCA BRISENO**            :
                                    :     18 Crim. 782-2
                                    :     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    :        Docket #
------------------------------------x


**George B. Daniels**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾, DISTRICT JUDGE:
     Judge's Name

The C.J.A. attorney assigned to this case
**Calvin Harold Scholar**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  **Michael Hueston**
                      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾, NUNC-PRO-TUNC **08/23/2022**
                                                          ‾‾‾‾‾‾‾‾‾‾‾‾.

                        Attorney's Name


                                    SO ORDERED.    **AUG 2 3 2022**

                                    _George B Daniels_
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York