# MICHAEL HUESTON
ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

October 5, 2022

**SO ORDERED**

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Dated: OCT 0 6 2022

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Eduardo Coca Briseno*, 18 Cr. 782 (GBD)

Your Honor:

    I represent Mr. Eduardo Coca Briseno in the above-referenced case.

    I write, with the consent of the government, to request that our October 11, 2022 conference be continued to December 6, 2022 at 10:15 a.m., which is a date and time Chambers has informed us is available.

    The reason for this request is because I am still reviewing discovery and discussing the case with my client. The parties are also involved in plea discussions.

    Mr. Briseno consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the continued date.

    Accordingly, I request that the conference be continued.

Respectfully,

/s/ Michael Hueston

cc:    Counsel of Record