**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

  -against-

EDUARDO COCA BRISENO,

      Defendant.

------------------------------------- x

ORDER

18 Cr. 00782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The Clerk of Court is directed to close the open motion at ECF No. 135 as having been resolved by this Court's order at ECF No. 138.

Dated: October 17, 2022
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge