UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

EDUARDO COCA BRISENO,

                               Defendant.

------------------------------------- x

ORDER

18 Cr. 00782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant's letter motion for an adjournment of the status conference scheduled for December 6, 2022 is GRANTED. The conference is adjourned to January 10, 2023 at 10:30 a.m.

    The Clerk of Court is instructed to close ECF No. 173 accordingly.

Dated: November 21, 2022
       New York, New York

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE