UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

       -against-

EDUARDO COCA BRISENO,

                      Defendant.

------------------------------------- x

ORDER

18 Cr. 00782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant's letter motion seeking an adjournment of the conference scheduled for January 10, 2023 is GRANTED. The conference is adjourned to February 7, 2023, at 10:15 a.m. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, until that date.

    The Clerk of Court is directed to close the open motion at ECF No. 183.

Dated: January 4, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge